# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

March 19, 2013

**VIA ECF**
Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    **Index No. 1:12-cv-05642-ILG-JMA**
                 **Meisels v. Pentagroup Financial, LLC**

Dear Magistrate Judge Azrack:

      I represent the plaintiff in the above referenced matter and am informing the Court that the plaintiff has just accepted the defendants offer of settlement. Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

      Thank you for the Court's time and attention to this matter.

                                            Very truly yours,

                                           /s/

                                           Maxim Maximov, Esq.