UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AARON MEISELS on behalf of himself and
all other similarly situated consumers

                      Plaintiff,

        -against-

PENTAGROUP FINANCIAL, LLC

                      Defendant.

---

**Index No. 1:12-cv-05642-ILG-JMA**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with

prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that

a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated:  Brooklyn, New York
       May 21, 2013

                                       __/s/ Maxim Maximov_____
                                       Maxim Maximov, Esq.
                                       Maxim Maximov, LLP
                                       Attorney for the Plaintiff
                                       1600 Avenue M, 2nd Floor
                                       Brooklyn, NY 11230
                                       Office: (718) 395-3459
                                       Facsimile: (718) 408-9570
                                       E-mail: m@maximovlaw.com